JUDGE CROTTY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 30 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - v. -                      :   INDICTMENT

DEAN JONES,                       :   07 Cr.

         Defendant.          :   **07 CRIM 1081**

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

On or about August 8, 2007, in the Southern District of New York, DEAN JONES, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 4, 2002, in New York State Supreme Court, Bronx County, of assault in the first degree, in violation of New York Penal Law 120.10, a Class B Felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a loaded .357 caliber Smith & Wesson handgun, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Sections 922(g)(1).)

_____        _____
DEPUTY FOREPERSON  LIN BUTTER STURMAN        MICHAEL J. GARCIA
                                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEAN JONES,

Defendant.

INDICTMENT

07 Cr.

(Title 18, United States Code, Section 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Lisa Butta*
DEPUTY, Foreperson.

11/30/07 Case Assigned to J Crotty
SS

MJ Dorsten