# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

January 25, 2008

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 5 2008

Re: **United States v. Dean Jones**
    **07 Cr. 1081 (PAC)**

Dear Judge Crotty:

I write on behalf of my client, Dean Jones, to request a brief extension of time to file a potential motion to suppress evidence. The Government consents to this request.

At the last conference, Your Honor set the following schedule: Defendant's motion due January 25; Government's response due February 8; Defendant's reply due February 13; and a hearing scheduled for February 19.

The parties continue to engage in discussions about a possible disposition, and depending on the resolution of those discussions, a motion may not be necessary. For this reason, we jointly propose the following amended schedule that still maintains the February 19 hearing date: Defendant's motion due February 1; Government's response due February 13; Defendant's reply due February 15.

Respectfully submitted,

David E. Patton
Assistant Federal Defender
Tel.: (212) 417-8762

cc: Michael Maiman
    Assistant U.S. Attorney

SO ORDERED: JAN 2 5 2008

PAUL A. CROTTY
**United States District Judge**

TOTAL P.002