

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 9 2008
```

**BY HAND AND FAX**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

SO ORDERED: FEB 1 9 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *United States v. Dean Jones,*
    07 Cr. 1081 (PAC)

Dear Judge Crotty:

This letter confirms that the Government, defense counsel, and Julie Clark, who we expect to be substituted in as new defense counsel, will appear before Your Honor on February 19, 2008 at 2:30 pm for substitution of counsel. As the Court is aware, the defendant's present counsel – David Patton of the Federal Defender of New York, Inc. – has been conflicted off of the case. I have communicated with Mr. Patton, Ms. Clark (who is the duty Criminal Justice Act attorney for February 19, 2008) and the Court's deputy clerk, and the attorneys are all available at 2:30 pm for substitution-of-counsel proceedings, at which time I understand the Court is available as well.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Michael D. Maimin
Assistant United States Attorney
Southern District of New York
(212) 637-2238

cc:    David Patton (by fax)