```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

                                                  1: 07 Cr.1081 - 1   (PAC)

    - against -                                     ORDER

Dean Jones,
                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        HONORABLE PAUL A. CROTTY, United States District Judge:

        The Assistant Federal Defender assigned to this case, David Patton, is hereby relieved as counsel to defendant, Dean Jones. The C.J.A. attorney assigned to receive cases on February 19, 2008[1], Julie A. Clark, is hereby ordered to assume representation of the defendant in the above captioned matter. See transcript of proceeding held on February 20, 2008 for complete details

Dated: New York, New York
       February 20, 2008

                                                      SO ORDERED

                                                      */s/ Paul A. Crotty*
                                                      PAUL A. CROTTY
                                                      United States District Judge

---

[1] The substitution of counsel conference was originally scheduled for Tuesday, February 19, 2008. Since the defendant wasn't produced for the proceeding, (see docket entry #16) the conference was adjourned to Wednesday, February 20, 2008.