```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,            :       1: 07 Cr. 1081 (PAC)
                                     :
                                     :              ORDER
        -against-                    :
                                     :
DEAN JONES,                          :
                                     :
        Defendant.                   :
------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2008

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record at oral argument on March 26, 2008, Defendant's motion to suppress is DENIED. The Clerk of Court is directed to terminate the motion.

Dated: New York, New York
       March 26, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1