```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 14 2008
```

(Crotty/J)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

DEAN JONES,

             Defendant.
------------------------------------------------------------X

ORDER
REQUIRING MDC
TO ACCEPT CIVILIAN
CLOTHING FOR THE
DEFENDANT
07 Cr 1081 (PAC)

Upon the application of the defendant Dean Jones, and good cause therefore, it is hereby

**ORDER**, Warden and Receiving and Discharge Unit at the Metropolitan Detention Center, located at 80 29th Street, Brooklyn, NY 11232 accept the following clothing on behalf of Dean Jones: Bureau of Prison ID# 60318-054; who commences trial on April 21, 2008.

**Clothing**

2 suit, 2 ties, 1 belt, 2 pairs of socks and 1 pair of shoes

**ORDERED** that the order be complied with immediately.

Dated: New York, NY
April 14, 2008

SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

April 7, 2008

Honorable Paul A. Crotty
US District Judge
US District Court
500 Pearl Street
New York, NY 10007

Re:     **United States of America v. Dean Jones**
              **07 Cr 1081 (PAC)**

Dear Judge Crotty:

    Please find enclosed an Ex Parte Order permitting my client to receive clothing suitable for trial at the Metropolitan Detention Center.

                                  Julie A. Clark, Esq.