UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA

-v-

DEAN JONES,

           Defendant.
------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 5 2008
```

Amended ORDER
REQUIRING MDC OR
MCC TO ACCEPT
CIVILIAN CLOTHING
FOR THE DEFENDANT
07 Cr 1081 (PAC)

Upon the application of the defendant Dean Jones, and good cause therefore, it is hereby

ORDER, Warden and Receiving and Discharge Unit at the Metropolitan Detention Center, located at 80 29th Street, Brooklyn, NY 11232 and Metropolitan Correctional Center, located at 150 Park Row, New York, NY accept the following clothing on behalf of Dean Jones: Bureau of Prison ID# 60318-054; who commences trial on April 21, 2008.

### Clothing

2 suit, 2 ties, 1 belt, 2 pairs of socks and 1 pair of shoes

ORDERED that the order be complied with immediately.

Dated: New York, NY
      April 15 2008

SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE