April 28, 2008

Honorable Paul A. Crotty
US District Judge
US District Court
500 Pearl Street
New York, NY 100007

Re:   **USA v. Dean Jones**
       **07 Cr 1081 (PAC)**

Dear Judge Crotty:

    With respect to the above defendant, I move for a directed verdict pursuant to Federal Criminal Rule 29C.  I am not submitting any supplemental documentation for my motion for a directed verdict.  I rely on the testimony at trial.

    Thank you.

                                              Very truly yours,

                                              Julie A. Clark, Esq.

cc:   Michael Maimin, Esq.