# JULIE A. CLARK

*Attorney at Law*

32 COURT STREET, SUITE 707
BROOKLYN, NEW YORK 11201
(718) 625-6888
Fax (718) 625-6977

Member of
NY & NJ Bars

Respond to NY office
NEW JERSEY OFFICE
665 Newark Avenue
Jersey City, NJ 07306
PH (201) 656-0098
FAX (201) 656-0914

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 3 0 2008

April 28, 2008

**MEMO ENDORSED**

Honorable Paul A. Crotty
US District Judge
US District Court
500 Pearl Street
New York, NY 10007

Re:   **USA v. Dean Jones**
      **07 Cr 1081 (PAC)**

Dear Judge Crotty:

With respect to the above defendant, I move for a directed verdict pursuant to Federal Criminal Rule 29C. I am not submitting any supplemental documentation for my motion for a directed verdict. I rely on the testimony at trial.

Thank you.

Very truly yours,

Julie A. Clark, Esq.

cc:   Michael Maimin, Esq.

---

*Handwritten endorsement:*

April 30, 2008

The evidence before the jury was more than sufficient to sustain the jury's verdict. Accordingly, the motion is denied.

So ordered.

Paul Crotty
JSDT