June 20, 2008


Honorable Paul A. Crotty
US District Judge
US District Court
500 Pearl Street
New York, NY 10007


Re:     **United States v. Dean Jones**
            **07 Cr 1081 (PAC)**


Dear Judge Crotty:

    I have received the May 15, 2008 letter and the June 11, 2008 letter from Mr. Jones requesting a new attorney.

    I have no objection to the defendant's request for a new counsel.

                                                    Sincerely,


                                                    Julie A. Clark, Esq.


cc:     AUSA Michael Maimin
        Dean Jones