```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 5 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

                                 1: 07 Cr.1081 - 1   (PAC)

- against -                            ORDER

Dean Jones,
        Defendant.

------------------------------x

    HONORABLE PAUL A. CROTTY, United States District Judge:

    The C.J.A attorney assigned to this case, Julie Clark, is hereby relieved as counsel to defendant, Dean Jones. The C.J.A. attorney assigned to receive cases on July 15, 2008, Donald D. duBoulay, is hereby ordered to assume representation of the defendant in the above captioned matter. See transcript of proceeding held on July 15, 2008 for complete details.

Dated: New York, New York
       July 15, 2008

                                                  SO ORDERED

                                                  _____
                                                  PAUL A. CROTTY
                                                  United States District Judge